# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2682
Lower Tribunal No. 2023-CA-000737

_____

LUCILLE JEAN,

Appellant,

v.

WALT DISNEY PARKS AND RESORTS U.S., INC.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

June 9, 2026

PER CURIAM.

AFFIRMED.

SMITH, BROWNLEE and PRATT, JJ., concur.


Jerry Girley, of The Girley Law Firm, P.A., Orlando, for Appellant.

Mary Ruth Houston and Paul J. Scheck, of Shutts & Bowen LLP, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED